# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.* | ) ) ) | CASE NO.: 1:07 CV 3690 |
| Plaintiffs, | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | NOTICE OF DISMISSAL |
| MOTAZ ALSAYED, | ) ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, et al., hereby give notice of the dismissal of this action without prejudice, each party to bear its own costs.

1/31/2008 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Daniel F. Gourash*
Daniel F. Gourash, Esq. (0032413)
Seeley Savidge Ebert & Gourash Co., LPA
26600 Detroit Road
Cleveland, Ohio 44145-2397
Telephone:	(216) 566-8200
Facsimile:	(216) 566-0213
dfgourash@sseg-law.com

Robert L. Zisk
David E. Worthen
Jimmy Chatsuthiphan
Gray Plant Mooty Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, DC 20037
Telephone:	(202) 295-2200
Facsimile:	(202) 295-2250
robert.zisk@gpmlaw.com
david.worthen@gpmlaw.com
jimmy.chatsuthiphan@gpmlaw.com

Dated:  January 30, 2008

*Attorneys for Plaintiffs*